ROMAINE et al., Respondents, v. BREWSTER, Appellant. (City Court of New York, General Term. April 9, 1895.) Action by Benjamin F. Romaine and others against Thomas T. Brewster. H. W. Schmitz, for appellant. Davison & Chapman, for respondents.

PER CURIAM. The judgment appealed from is affirmed, with costs, on the opinion of the common pleas, general term, filed November 5, 1894, and reported in 30 N. Y. Supp. 948.

ROSS, Respondent, v. BRONNER, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by William M. Ross, as administrator, against Seckel Bronner. No opinion. Judgment and order affirmed, with costs.

RUDDIMAN v. BARRETT. (Supreme Court, General Term, Second Department. May 13, 1895.) Action by John Ruddiman against Reuben R. Barrett. No opinion. Judgment and order affirmed, with costs. DYKMAN, J., not sitting.

RUTHERFORD, Appellant, v. KRAUSE, Respondent. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by James Rutherford against Leopold Krause. No opinion. Order affirmed, with $10 costs and disbursements. See 29 N. Y. Supp. 787.

SAFFORD, Appellant, v. SAFFORD, Respondent. (Supreme Court, General Term, Third Department. May 29, 1895.) Action by Thomas S. Safford against Frank D. Safford. No opinion. Order affirmed, with costs and disbursements.

SAXTON, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, General Term, First Department. May 17, 1895.) Action by James Saxton against the Manhattan Railway Company and another. G. T. Aldrich, for appellants. E. W. Tyler, for respondent. No opinion. Judgment modified by reducing fee damage to $1,500, and rental damage to $100 per year, and affirmed as modified, without costs.

SCHOONOVER, Respondent, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Appellants. (Supreme Court, General Term, Fourth Department. November, 1894. Action by Christopher C. Schoonover against the president, managers, and company of the Delaware & Hudson Canal Company. No opinion. Judgment and order affirmed, with costs.

SCRIVER, Respondent, v. FAIRBROTHER et al., Appellants. (Supreme Court, General Term, Third Department. May 14, 1895.) Action by Julius Scriver against Dore E. Fairbrother and others. No opinion. Judgment affirmed, with costs.

In re SEAMAN. (Supreme Court, General Term, First Department. May 17, 1895.) No opinion. Order affirmed, with costs, on opinion of O'Brien, J., in Talmadge v. Seaman (Sup.) 32 N. Y. Supp. 906.

SEEBECK et al., Appellants, v. JOHNSON, Respondent. (Supreme Court, General Term, First Department. April 11, 1895.) Action by John H. Seebeck and others against Charles C. Johnson. G. A. Stearns, for appellants. H. Willis, for respondent. No opinion. Order modified by simply allowing service of affidavit of merits on payment of $10 costs and costs of this appeal. The question of amendment of answer to be left to special term upon application for that purpose.

SINK et al., Respondents, v. LONG, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by George Sink and others against Eugene Long. No opinion. Order affirmed, with $10 costs and disbursements.

SMALLWOOD et al., Appellants, v. SCHWIETERING et al., Respondents. (Superior Court of New York City, General Term. May 6, 1895.) Action by John H. Smallwood and others against Herman H. Schwietering and others. Preston Stevenson, for appellants. Larned, Warren & Knapp, for respondents.

FREEDMAN, J. Upon the facts as they appeared upon the trial of the issues the plaintiff's complaint was properly dismissed upon the grounds set forth by the learned trial judge. in the decision filed by him. Even if all others were open to some criticism, the last ground assigned, namely, that the contract upon which the plaintiffs rest their claim had been terminated before the trial, is quite conclusive. One who invokes equitable relief, and demands a preventive remedy, becomes subject to the practice of courts of equity, where such relief only is administered as the nature of the case and the facts as they exist at the close of the litigation demand. Peck v. Goodberlett, 109 N. Y. 181, 16 N. E. 350. The record discloses no exception which calls for reversal. The complaint having been properly dismissed, no error was committed in denying plaintiff's motion for injunctive relief or the appointment of a receiver during their appeal. The judgment and order appealed from should be severally affirmed, with costs. On the appeal from the order, $10 costs and disbursements may be taxed.

SMITH, Respondent, v. CENTRAL VERMONT R. CO., Appellant. (Supreme Court, General Term, Third Department. May 29, 1895.) Action by John A. Smith against the Central Vermont Railroad Company. No opinion. Judgment affirmed, with costs.

SMITH, Respondent, v. CHAMPLIN, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by David F. Smith against Alvin B. Champlin. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.